COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER ON MOTIONS

Case number:  01-08-00337-CR

Style:  *Donna Gayle Holcomb, Appellant v. State of Texas, Appellee*

Type:  Motion to proceed pro se and motion to extend time to file motion for rehearing

Party filing motion:    Appellant

Appellant's motion to proceed pro se is **denied**, as appellant is represented by counsel and counsel has appeared on behalf of appellant in the Court of Criminal Appeals.  The Court declines to rule on appellant's motion to extend time to file a further motion for rehearing.  See *Robinson v. State*, 240 SW3d 919, 922 (Tex. Crim. App. 2007) (holding that court may refuse to consider pro se motions that have been filed while defendant is represented by counsel in criminal proceeding).

Judge's signature:    /s/ Jane Bland
                      Justice Bland
                      Acting individually

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Date:   October 30, 2014.